# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN NO: 72-1417930<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under Case No. 20-12377 EEB** |
| THE RUDMAN PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>SKLAR EXPLORATION COMPANY, LLC, SKLARCO, LLC, EAST WEST BANK, and THOMAS KIM, TRUSTEE OF THE SKLAR CREDITORS TRUST,<br><br>Defendants. | Adversary Proceeding No. 22-01020 EEB |

**ORDER SETTING RESPONSE DEADLINE FOR PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON OWNERSHIP OF PRODUCTION REVENUES**

THIS MATTER comes before the Court on Plaintiff's (A) Response to Defendant East West Bank's Motion for Summary Judgment and (B) Cross-Motion for Partial Summary Judgment on Ownership of Production Revenues filed March 28, 2022. The Court, having reviewed the file and being advised in the premises, hereby

ORDERS that the Defendants shall file their responses to Plaintiff's Cross-Motion for Partial Summary Judgment on Ownership of Production Revenues **on or before April 25, 2022.** Defendants' responses shall comply in all respects with L.B.R. 7056-1(b), including the requirement that each response state the Defendant's agreement or

opposition, in numbered paragraphs, to Plaintiff's statement of undisputed material facts.

DATED this 5th day of April, 2022.

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, Bankruptcy Judge